CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
September 21, 2026
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | | |
|---|---|---|
| **ROBERT D. ALSTEEN,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25CV00048 |
| | ) | |
| v. | ) | **OPINION AND ORDER** |
| | ) | |
| **FRANK J. BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendant. | ) | |

*Robert W. Gillikin, II, LAW OFFICE OF CHARLES E. BINDER AND HARRY J. BINDER, LLP, Virginia Beach, Virginia, for Plaintiff; Thomas Zimarowski, Special Assistant United States Attorney, SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland, for Defendant.*

In this social security disability case, I accept the report and recommendations of the magistrate judge.

Robert D. Alsteen challenges the final decision of the Commissioner of Social Security ("Commissioner") denying his claim for disability insurance benefits under certain provisions of the Social Security Act ("Act"). The action was referred to United States Magistrate Judge Pamela Meade Sargent to conduct appropriate proceedings. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). Magistrate Judge Sargent filed her report on March 18, 2026, in which she recommended that the court affirm the Commissioner's decision denying benefits. On July 17, 2026, the plaintiff

filed written objections to the report. The defendant filed a response to the objections on July 30, 2026, and the objections are now ripe for decision.

I must make a de novo determination of those portions of the report to which the plaintiff objects. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b). Under the Act, I must uphold the factual findings and final decision of the Commissioner if they are supported by substantial evidence and were reached through application of the correct legal standard. *See Coffman v. Bowen,* 829 F.2d 514, 517 (4th Cir. 1987). "[T]he threshold for such evidentiary sufficiency is not high." *Biestek v. Berryhill*, 139 S. Ct. 1148, 1154 (2019). Substantial evidence is "evidence which a reasoning mind would accept as sufficient to support a particular conclusion. It consists of more than a mere scintilla of evidence but may be somewhat less than a preponderance." *Laws v. Celebrezze*, 368 F.2d 640, 642 (4th Cir. 1966). If such evidence exists, my inquiry is terminated and the Commissioner's final decision must be affirmed. *See id.*

Based upon my careful consideration of the plaintiff's objections, the record, and the arguments of counsel, I agree with the magistrate judge that substantial evidence supported the ALJ's findings and that the ALJ's decision was in accord with relevant case precedent. Accordingly, it is **ORDERED** as follows:

1. Plaintiff's Objections, Dkt. No. 23, are DENIED;

2. The magistrate judge's Report and Recommendations, Dkt. No. 22, are fully ACCEPTED; and

3. A separate final judgment will be entered herewith.

ENTER: September 21 2026

/s/ *JAMES P. JONES*
Senior United States District Judge